# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ELIJAH LEE MILLER,

    Plaintiff,

v.

WEST VALLEY DETENTION CENTER et al.,

    Defendants.

Case No. 5:19-cv-02067-JVS (MAA)

**ORDER OF DISMISSAL**

On October 29, 2019, Plaintiff Elijah Lee Miller ("Plaintiff") filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.) However, Plaintiff neither paid the required $400 filing fee, nor filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* ECF No. 2.) On October 30, 2019, the Court issued an Order to Plaintiff advising that failure to correct this deficiency within thirty days would result in dismissal of the case. (Order, ECF No. 4.)

On November 12, 2019, Plaintiff filed a document that the Court construed as a request to proceed *in forma pauperis*. ("First IFP Request," ECF No. 6.) Plaintiff filed an uncertified copy of his trust account on November 21, 2019. (Suppl. to First IFP Req., ECF No. 7.) On December 4, 2019, the Court denied

Plaintiff's First IFP Request with leave to amend within thirty days. (Order, ECF No. 10.)

On November 25, 2019, Plaintiff filed a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support. ("Second IFP Request," ECF No. 11.) On December 11, 2019, the Court denied Plaintiff's Second IFP Request with leave to amend within thirty days. (Order, ECF No. 13.)

Plaintiff did not pay the filing fees or file an amended request to proceed *in forma pauperis* within thirty days after the Order denying Plaintiff's Second IFP Request—that is, by January 10, 2020. On January 24, 2020, the Court issued an Order to Show Cause, which extended Plaintiff's deadline to February 24, 2020. (Order Show Cause, ECF No. 14.)

To date, Plaintiff has neither submitted the $400 filing fee nor an amended request to proceed *in forma pauperis*.

IT THEREFORE IS ORDERED that this lawsuit is DISMISSED without prejudice. No further filings shall be accepted under this case number.

DATED: March 19, 2020

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE