# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH LEE MILLER,<br><br>   Plaintiff,<br><br>   v.<br><br>WEST VALLEY DETENTION CENTER et al.,<br><br>   Defendants. | Case No. 5:19-cv-02067-JVS (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal filed herewith,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: March 19, 2020

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE